# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Juan Ernesto Macias, Jr. (3)
aka Johnny

**WARRANT FOR ARREST**

FILED
2008 MAR 11  AM 8:10
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CASE NUMBER:  08cr0509-003-BEN

To:    The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Juan Ernesto Macias, Jr. (3), aka Johnny
                                       Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition
                                                                                          [ ] Pretrial Violation

charging him or her with (brief description of offense)

21:846 and 841(a)(1) - Conspiracy to Distribute Oxycodone and Hydrocodone Bitartrate;
21:841(a)(1) - Distribution of Oxycodone and Hydrocodone Bitartrate;
21:841(a)(1) - Possession with Intent to Distribute Oxycodone and Hydrocodone Bitartrate;
18:2 - Aiding and Abetting;   21:853(a), and 853(p) - Criminal Forfeiture;

RECEIVED 2008 FEB 25 A 11:31 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title _____ See Above _____ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.                              Clerk of the Court
Name of Issuing Officer                             Title of Issuing Officer

[signature]                                         February 25, 2008    San Diego, CA
Signature of Deputy                                 Date and Location

                        DATE 3/6/08
Bail fixed at $ _____  ARRESTED BY DEA    by    The Honorable William McCurine, Jr.
                        STEVEN C. STAFFORD         Name of Judicial Officer
                        ACTING U.S. MARSHAL, S/CA
                        BY [signature]  RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS I Z            DEA            3899