1  **ANTONIO F. YOON**
   California Bar No. 163961
2  501 W. Broadway, Ste A-387
   San Diego, California 92101
3  Telephone: (619) 544-0021

4  Attorney for Mr. Macias

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08CR0509-BEN |
| Plaintiff, ) | Date: April 21, 2008 |
| ) | Time: 2:00 p.m. |
| v. ) | |
| ) | **NOTICE OF MOTIONS AND** |
| **JUAN MACIAS,** ) | **MOTIONS TO:** |
| ) | |
| ) | 1) **COMPEL DISCOVERY;** |
| Defendant. ) | 2) **SUPPRESS STATEMENTS; and,** |
| ) | 3) **FOR LEAVE TO FILE** |
| _____ ) | **FURTHER MOTIONS** |

TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY,
     TIMOTHY SALEL, ASSISTANT UNITED STATES ATTORNEY

**PLEASE TAKE NOTICE** that on Monday, April 28, 2008 at 2:00 p.m., or as soon hereafter as counsel may be heard, the defendant, Juan Macias, by and through his counsel, Antonio F. Yoon, will move this Court to hear these motions.

//

//

//

//

//

//

**MOTIONS**

The defendant, Juan Macias, by and through his attorney, Antonio F. Yoon, moves this Court pursuant to the Fifth and Sixth Amendments to the United States Constitution, Rules 12 and 16 of the Federal Rules of Criminal Procedure, and all applicable statutes and local rules to:

1)  compel discovery;

2)  suppress statements;

3)  for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other information that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Date:  March  31, 2008

/s/ Antonio Yoon
_____
**ANTONIO F. YOON**
Attorney for Mr. Macias

- 1 -