# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | U.S.C.D.  No. 08cr0509-BEN |
| v. | ) | |
| JUAN MACIAS, | ) | CERTIFICATE OF SERVICE BY ECF |
| Defendant. | ) | |

I, the undersigned, say:

1. That I am over eighteen (18) years of age, a resident of the County of San Diego, State of California, not a party in the within action, and that my business address is 501 W. Broadway, Suite A-387, San Diego, California, 92101; and

2. That I filed the within <u>DEFENDANT'S MOTIONS</u> by electronically filing them through the CM/ECF service;

3. That I served the within on counsel for Plaintiff by electronic means:

United States Attorney's Office

I certify that the foregoing is true and correct. Executed on March 31, 2008, at San Diego, California.

/s/ Antonio Yoon
Antonio F. Yoon