1  KAREN P. HEWITT
   United States Attorney
2  TIMOTHY F. SALEL
   Assistant U.S. Attorneys
3  California State Bar No. 163597
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone No.:  (619) 557-6074
   Facsimile No.:   (619) 557-3445
6  E-mail: timothy.salel@usdoj.gov

7  Attorneys for Plaintiff
   United States of America

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,           )  Criminal Case No.  08CR0509-BEN
                                        )
11                  Plaintiff,          )
                                        )  NOTICE OF APPEARANCE
12           v.                         )
                                        )
13  JESUS MACIAS (1),                   )
         aka Jessie,                    )
14  JOSE JESUS PERUCH SAENZ (2),        )
         aka George,                    )
15       aka G Unit,                    )
    JUAN ERNESTO MACIAS, JR. (3),       )
16       aka Johnny,                    )
    ISABEL QUISTIAN, III (4),           )
17                                      )
                    Defendants.         )
18  _____)

19        TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

20        I, Timothy F. Salel, the undersigned Assistant U.S. Attorney, hereby enters my appearance

21  as counsel in the above-captioned case.

22  | **Name** | **CA Bar No.** | **Telephone No.** | **E-mail Address** |
    |---|---|---|---|
23  | Timothy F. Salel | 163597 | (619) 557-6074 | timothy.salel@usdoj.gov |

24        I, Timothy F. Salel, hereby certify that I am admitted to practice in this court or authorized

25  to practice under CivLR 83.3.c.3-4.

1  Effective this date, the following Government attorney is no longer associated with this case
2  and should not receive any further Notices of Electronic Filings relating to activity in this case:

| **Name** | **CA Bar No.** | **Telephone No.** | **E-mail Address** |
|---|---|---|---|
| None | N/A | N/A | N/A |

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

DATED: June 2, 2008         */S/ TIMOTHY F. SALEL*
                            TIMOTHY F. SALEL
                            Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JESUS MACIAS (1),<br>    aka Jessie,<br>JOSE JESUS PERUCH SAENZ (2),<br>    aka George,<br>    aka G Unit,<br>JUAN ERNESTO MACIAS, JR. (3),<br>    aka Johnny,<br>ISABEL QUISTIAN, III (4),<br><br>        Defendants. | Criminal Case No. 08CR0509-BEN<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, Timothy F. Salel, am a citizen of the United States over the age of 18 years and a resident of San Diego County, CA; my business address is 880 Front Street, San Diego, CA 92101-8893; I am not a party to the above-entitled action.

I have caused service of **NOTICE OF APPEARANCE**, on the following parties, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the following parties at their respective e-mail addresses:

(1)    NORMA A. AGUILAR – Attorney for JESUS MACIAS (1)
       norma_aguilar@fd.org

(2)    EZEKIEL E. CORTEZ – Attorney for JOSE JESUS PERUCH SAENZ (2)
       lawforjustice@aol.com

(3)    ANTONIO F. YOON – Attorney for JUAN ERNESTO MACIAS, JR. (3)
       antonioyoon@cox.net

(4)    RICHARD BRIAN RODRIGUEZ – Attorney for ISABEL QUISTIAN (4)
       lawrichrod@aol.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 2, 2008                    */S/ TIMOTHY F. SALEL*
                                                           TIMOTHY F. SALEL
                                                           Assistant U.S. Attorney
                                                           E-mail: timothy.salel@usdoj.gov