**ANTONIO F. YOON**
California State Bar Number 163961
501 W. Broadway, Suite A-387
San Diego, California  92101
Telephone:    (619) 544-0021
Fax:               (619)754-6886

Email: antonioyoon@cox.net

Attorney for Mr. Macias

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No. 08CR509-BEN |
| Plaintiff,                                          ) | |
| v.                                                      ) | **STIPULATION AND ORDER** |
| JUAN MACIAS                                  ) | |
| Defendant.                                       ) | |

**IT IS HEREBY STIPULATED** between the parties that the motion hearing date of September 15, 2008, be continue to December 2, 2008 at 2:00 p.m. Time will be excluded for good cause.

**SO STIPULATED.**

Dated: August 19, 2008                                s/ Antonio Yoon
_____                                          _____
                                                                      **ANTONIO F. YOON**
                                                                      Attorney for JUAN MACIAS

Dated: August 19, 2008                                s/ Antonio Yoon with authorization
_____                                        _____
                                                                      **NORMA AGUILAR**
                                                                      Attorney for JESUS MACIAS

Dated: August 19, 2008                                s/ Antonio Yoon with authorization
_____                                        _____
                                                                      **EZEQUIEL CORTEZ**
                                                                      Attorney for JOSE SAENZ

Dated: August 19, 2008                s/ Antonio Yoon with authorization
_____                       _____
                                      **RICHARD RODRIGUEZ**
                                      Attorney for ISABEL QUISTIAN


Dated: August 19, 2008                s/ Antonio Yoon with authorization
_____                       _____
                                      **TIMOTHY SALEL**
                                      Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: _____                _____
                                      **HONORABLE ROGER T. BENITEZ**
                                      **UNITED STATES DISTRICT JUDGE**

- 2 -

**ANTONIO F. YOON**
California State Bar Number 163961
501 W. Broadway, Suite A-387
San Diego, California 92101
Telephone: (619) 544-0021
Fax:         (619)754-6886

Email: antonioyoon@cox.net
Attorney for Mr. Macias

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08cr509-BEN |
|---|---|---|
| Plaintiff, | ) | **DECLARATION IN SUPPORT OF ORDER TO CONTINUE SENTENCING** |
| v. | ) | |
| JUAN MACIAS, | ) | |
| Defendant. | ) | |

1. I, Antonio F. Yoon, represent the defendant in his criminal case.

2. I have contacted the prosecutor and the other three co-counsel in this case and all have agreed to the continuance.

3. The reason for the continuance is to review the extensive discovery that has been distributed by the government. Two weeks ago defense counsel received over 23,000 pages of discovery representing the wiretap calls in the case.

Further I state not.


Dated: August 19, 2008                                              s/ Antonio Yoon
                                                                    _____
                                                                    ANTONIO F. YOON, Declarant

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | U.S.C.D. No. 08cr509-BEN |
| v. | ) | |
| **JUAN MACIAS,** | ) | CERTIFICATE OF SERVICE BY ECF |
| Defendant. | ) | |

I, the undersigned, say:

1. That I am over eighteen (18) years of age, a resident of the County of San Diego, State of California, not a party in the within action, and that my business address is 501 W. Broadway, Suite A-387, San Diego, California, 92101; and

2. That I filed the within <u>Defendant's Joint Motion to Continue</u> by electronically filing them through the CM/ECF service;

3. That I served the within on counsel for Plaintiff by electronic means:

Timothy Salel, Assistant United States Attorney

as evidenced by the attached and incorporated by reference ECF.

I certify that the foregoing is true and correct. Executed on August 19, 2008 , at San Diego, California.

                                            /s/ Antonio Yoon
                                          Antonio F. Yoon