1  **ANTONIO F. YOON**
   California State Bar Number 163961
2  501 W. Broadway, Suite A-387
   San Diego, California  92101
3  Telephone:     (619) 544-0021
   Fax:           (619)754-6886
4
   Email: antonioyoon@cox.net
5
   Attorney for Mr. Macias
6

7                    **UNITED STATES DISTRICT COURT**

8                    **SOUTHERN DISTRICT OF CALIFORNIA**

9

10 UNITED STATES OF AMERICA,        )    Case No. 08CR509-BEN
                                    )
11       Plaintiff,                 )
                                    )
12 v.                               )
                                    )    **STIPULATION AND ORDER**
13 JUAN MACIAS                      )
                                    )
14       Defendant.                 )
                                    )
15 _____   )

16
         **IT IS HEREBY STIPULATED** between the parties that the Mr. Macias' travel
17
   conditions be expanded to allow travel in the entire continental United States.
18
         **SO STIPULATED.**
19

20
   Dated: August 19, 2008           s/ Antonio Yoon
21 _____                     _____
                                    **ANTONIO F. YOON**
22                                  Attorney for JUAN MACIAS

23 Dated: August 19, 2008           s/ Antonio Yoon with authorization
   _____                _____
24                                  **TIMOTHY SALEL**
                                    Assistant United States Attorney
25

26       **IT IS SO ORDERED.**

27
   Dated: _____         _____
28                                  **HONORABLE ROGER T. BENITEZ**
                                    **UNITED STATES DISTRICT JUDGE**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**JUAN MACIAS,**<br><br>　　　　Defendant. | U.S.C.D.  No. 08cr509-BEN<br><br>CERTIFICATE OF SERVICE BY ECF |

　　　I, the undersigned, say:

　　　1. That I am over eighteen (18) years of age, a resident of the County of San Diego, State of California, not a party in the within action, and that my business address is 501 W. Broadway, Suite A-387, San Diego, California, 92101; and

　　　2. That I filed the within <u>Defendant's Joint Motion to Expand Travel Conditions</u> by electronically filing them through the CM/ECF service;

　　　3. That I served the within on counsel for Plaintiff by electronic means:

　　　　Timothy Salel, Assistant United States Attorney

as evidenced by the attached and incorporated by reference ECF.

　　　I certify that the foregoing is true and correct. Executed on August 19, 2008 , at San Diego, California.

　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Antonio Yoon
　　　　　　　　　　　　　　　　　　　　　　　　Antonio F. Yoon