1  ANTONIO F. YOON
   California State Bar Number 163961
2  501 W. Broadway, Suite A-387
   San Diego, California  92101
3  Telephone: (619) 544-0021

4

5

6
                    UNITED STATES DISTRICT COURT
7
                   SOUTHERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,    )   Case No. 08cr509-BEN
10                              )
          Plaintiff,            )
11                              )
   v.                           )
12                              )   **ACKNOWLEDGMENT**
   JUAN MACIAS,                 )
13                              )
          Defendant.            )
14                              )
                                )
15 _____

16     **I HEREBY ACKNOWLEDGE** that my next court date is December 2, 2008 at 2:00

17 p.m. for motion hearing.

18

19

20 Dated: 9/5/08                    _____
                                    JUAN MACIAS
21

22

23

24

25

26

27

28