**ANTONIO F. YOON**
California State Bar Number 163961
501 W. Broadway, Suite A-387
San Diego, California  92101
Telephone:    (619) 544-0021
Fax:               (619)754-6886

Email: antonioyoon@cox.net

Attorney for Mr. Macias

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR509-BEN |
| Plaintiff, | ) | |
| v. | ) | **ACKNOWLEDGMENT OF NEXT COURT DATE** |
| JUAN MACIAS | ) | |
| Defendant. | ) | |

The defendant, through his counsel, Antonio Yoon, hereby files his acknowledgment of his next court date

Dated: September 7, 2008         s/ Antonio Yoon
                                 _____
                                 **ANTONIO F. YOON**
                                 Attorney for JUAN MACIAS

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | U.S.C.D. No. 08cr509-BEN |
| v. | ) | |
| **JUAN MACIAS,** | ) | CERTIFICATE OF SERVICE BY ECF |
| Defendant. | ) | |

I, the undersigned, say:

1. That I am over eighteen (18) years of age, a resident of the County of San Diego, State of California, not a party in the within action, and that my business address is 501 W. Broadway, Suite A-387, San Diego, California, 92101; and

2. That I filed the within <u>Defendant's Acknowledgment of next court date</u> by electronically filing them through the CM/ECF service;

3. That I served the within on counsel for Plaintiff by electronic means:

    Timothy Salel, Assistant United States Attorney

as evidenced by the attached and incorporated by reference ECF.

I certify that the foregoing is true and correct. Executed on September 7, 2008 , at San Diego, California.

                                                      /s/ Antonio Yoon
                                                 Antonio F. Yoon